CLOSED

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOSEPH ARUANNO, | Civil No. 09-1542 (JLL) |
| Plaintiff, | |
| | **ORDER** |
| v. | |
| OFFICER GREEN, et al., | |
| Defendants. | |

For the reasons expressed in the Opinion filed herewith,

It is on this _8th_ day of July, 2010,

**ORDERED** that the Clerk shall reopen the file and shall make a new and separate docket entry reading "CIVIL CASE REOPENED;" and it is further

**ORDERED** that Plaintiff's application to proceed in forma pauperis is hereby granted and the Clerk shall file the Complaint without prepayment of the filing fee; and it is further

**ORDERED** that the Complaint is dismissed for failure to state a claim upon which relief may be granted, without prejudice to the filing of an amended complaint stating a cognizable claim under 42 U.S.C. § 1983, within thirty (30) days of the date of the entry of this Order; and it is further

**ORDERED** that, if Plaintiff files an amended complaint within 30 days of the date of the entry of this Order, then the Court will thereafter enter an order reopening the file and screening the amended complaint for dismissal; and it is further

**ORDERED** that the Clerk shall serve this Order and the accompanying Opinion on Plaintiff by regular mail and shall reclose the file; and it is finally

**ORDERED** that the Clerk shall make a new and separate docket entry reading "CIVIL CASE TERMINATED."

_____
JOSE L. LINARES, U.S.D.J.