**CLOSED**

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| JOSEPH ARUANNO, | : | Civil No. 09-1542 (JLL) |
| Plaintiff, | : | |
| | : | **ORDER** |
| v. | : | |
| OFFICER GREEN, et al., | : | |
| Defendants. | : | |

For the reasons expressed in the Opinion filed herewith,

IT IS on this 29th day of August, 2012,

ORDERED that the Clerk shall reopen the file and shall make a new and separate docket entry reading "CIVIL CASE REOPENED;" and it is further

ORDERED that the Final Amended Complaint (Dkt. 15) is dismissed for failure to state a claim upon which relief may be granted; and it is further

ORDERED that the Clerk shall serve this Order and the accompanying Opinion on Plaintiff by regular mail and shall reclose the file; and it is finally

ORDERED that the Clerk shall make a new and separate docket entry reading "CIVIL CASE TERMINATED."

/s/ Jose L. Linares
**JOSE L. LINARES, U.S.D.J.**